| | | | |
|---|---|---|---|
| Neiffer v. Koppenstein 2017 MT 73N | DA 16-0456 Affirmed | 03/28/17 | Dist. 7 (Dawson) |
| State v. Worthan 2017 MT 74N | DA 16-0457 Affirmed | 03/28/17 | Dist. 21 (Ravalli) |
| State ex rel. Penning v. 13th Jud. Dist. Ct. | OP 17-0027 Denied | 03/28/17 | Original Proceeding Supervisory Control |
| Wiley v. O'Fallon | OP 17-0133 Dismissed | 03/28/17 | Original Proceeding Habeas Corpus |
| Flowers v. Kirkegard | OP 17-0137 Dismissed | 03/28/17 | Original Proceeding Habeas Corpus |
| Daniels v. Kirkegard | OP 17-0140 Denied | 03/28/17 | Original Proceeding Habeas Corpus |